Jill H. Ford
Chapter 7 Trustee
P.O. Box 5845
Carefree, AZ 85377
Telephone: (480) 575-8250
email: jford@trustee.phxcoxmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DEROUIN, ANNE CATHERINE | ) | Case No. 2:15-07625-PHX DPC |
| | ) | |
| | ) | APPLICATION FOR ORDER |
| | ) | FOR PAYMENT OF UNCLAIMED |
| | ) | FUNDS TO THE U.S. |
| Debtor(s). | ) | BANKRUPTCY COURT |
| | ) | |

JILL H. FORD, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 115 | 4-30-19 | Anne Catherine Derouin<br>955 E. Knox Road #237<br>Chandler, AZ  85225 | $7402.53 |

The Trustee asks that an order be entered pursuant to Sec 347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $7402.53 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| September 5, 2019 | /s/ Jill H. Ford |
| DATE | JILL H. FORD, TRUSTEE |