| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Anne | Catherine | Derouin |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Arizona | | |
| Case Number: | 2:15-bk-07625-DPC | | |

## Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $7,402.53 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>(425) 836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Case 2:15-bk-07625-DPC   Doc 65   Filed 07/14/20   Entered 07/14/20 17:45:19   Desc

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> District of Arizona
> 2 Renaissance Square
> 40 N. Central Ave., Suite 1200
> Phoenix, AZ 85004

---

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 10, 2020

_____[signature]_____
Signature of Applicant
Brian J. Dilks – President
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

---

### 6. Notarization
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>July 10, 2020</u> was subscribed and sworn to before me this <u>10th</u> day of <u>July</u>, 20<u>20</u> by <u>Brian J. Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public: _[signature]_
                        Matthew Zettley

My commission expires: <u>February 19, 2022</u>

### 6. Notarization
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for District of Arizona
2 Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, AZ 85004

Names and addresses of all other parties served:

Date: <u>July 10, 2020</u>

                                      Brian J. Dilks - President
                                      Dilks & Knopik, LLC
                                      35308 SE Center Street
                                      Snoqualmie, WA 98065

Certificate of Service for Application for Payment of Unclaimed Funds    Page 3
Case 2:15-bk-07625-DPC    Doc 65    Filed 07/14/20    Entered 07/14/20 17:45:19    Desc
Main Document      Page 3 of 6

# Explanation of Supporting Documentation
# for
# Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the debtor, Anne Catherine Derouin.

Anne Catherine Derouin has assigned her unclaimed funds to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement.

Date: <u>July 10, 2020</u>

_____
Brian J. Dilks - President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065



## CERTIFICATE OF LLC RESOLUTION & STATEMENT OF AUTHORITY

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks, Andrew T. Drake and Jefferey Hudspeth, are hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 23rd day of January, 2020.

_____
Brian J Dilks
Date: 1/23/2020

_____
Caryn M Dilks f/k/a Caryn M Knopik
Date: 1-23-2020

Subscribed and sworn to me this 23rd day of January 2020

Notary Signature _____
Matthew Zettley
My Commission Expires: 2/19/22

Subscribed and sworn to me this 23rd day of January 2020

Notary Signature _____
Matthew Zettley
My Commission Expires: 2/19/22

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022



Filed
Secretary of State
State of Washington
Date Filed: 05/10/2019
Effective Date: 05/10/2019
UBI #: 602 211 447

# EXPRESS ANNUAL REPORT WITHOUT CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Expiration Date:
**06/30/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES**

## REGISTERED AGENT      RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019051000246334 - 1
Received Date: 05/10/2019
Amount Received: $60.00

Case 2:15-bk-07625-DPC   Doc 65   Filed 07/14/20   Entered 07/14/20 17:45:19   Desc
Main Document    Page 6 of 6