# Wells Fargo Way2Save® Checking

Account number:   ■ August 1, 2015 - August 31, 2015  ■ Page 1 of 5



ANNE DEROUIN
955 E KNOX RD UNIT 237
CHANDLER AZ 85225-1483

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (D38)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

The Wells Fargo Mobile App is now available in Spanish!

You can securely manage your finances virtually anytime, anywhere in Spanish.
Once you have downloaded the latest version of the Wells Fargo Mobile® App from Google Play or the Apple App Store, go to Mobile Settings and set your language preference to Spanish.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | ■ |
| Deposits/Additions | ■ |
| Withdrawals/Subtractions | - ■ |
| Ending balance on 8/31 | $ ■ |

Account number: 
ANNE DEROUIN
Arizona account terms and conditions apply
For Direct Deposit use
Routing Number (RTN): ■

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - ■3828

(38)
Sheet Seq = 0089062

Address Proof