UNITED STATES BANKRUPTCY COURT
District of Arizona

RE: )
　　　　　　　　　　　　　　　) Case No. 2:15-bk-07625-DPC
　　Anne Catherine Derouin　　)
　　　　　　　　　　　　　　　) Chapter - 7
　　　　　　　　Debtor(s)　　　)

# ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

　　On June 29, 2020, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to Anne Catherine Derouin, debtor for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby
　　ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $7,402.53 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.
The Clerk will disburse these funds not earlier than 14 days after entry of this order.