**SO ORDERED.**

Dated: April 13, 2021

*Daniel P. Collins*
**Daniel P. Collins, Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:15−bk−07625−DPC

ANNE CATHERINE DEROUIN
fka ANNE MANN
955 E. KNOX RD. #237
CHANDLER, AZ 85225
SSAN: xxx−xx−5330
EIN:

Chapter: 7

Debtor(s)

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On July 14, 2020, an application was filed for the Claimant(s), DILKS & KNOPIK, LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $7,402.53 held in the unclaimed funds be made payable to the Claimant(s) **DILKS & KNOPIK, LLC** and be disbursed at the following address:

**DILKS AND KNOPIK, LLC**
**AS ASSIGNEE TO ANNE CATHERINE DEROUIN**
**35308 SE CENTER STREET**
**SNOQUALMIE, WA 98065**.

Date: 4/13/21